# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania (Reading)

| | |
|---|---|
| IN RE: | Case No: 20-12186 |
| | Loan Number (Last 4): 4894 |
| Debtors: Alyssa Ann Heiland | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 Serviced by Select Portfolio Servicing, Inc. | Specialized Loan Servicing LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 6 |
| Amount of Claim: | $109,773.04 |
| Date Claim Filed: | 05/29/2020 |
| Last Four Digits of Acct #: | 4984 |

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4894

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4894

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ John Shelley | Date: 08/17/2022 |
| InfoEx, LLC, as authorized filing agent | |
| (Approved by: Kiara Richardson) | |

Specific Contact Information:

Kiara Richardson - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.