**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alyssa Ann Heiland<br>　　　　Michael J Heiland<br>　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 20-12186 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust and index same on the master mailing list.

                                          Respectfully submitted,

                                  /s/ *Michael Farrington*
                                  Michael Farrington
                                  06 Sep 2023, 16:56:33, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322