WWR# 041335432

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Alyssa Ann Heiland<br>Michael J Heiland<br>                    Debtor<br><br>PSECU<br>                    Movant | CASE NO.  20-12186-pmm<br><br>CHAPTER 13<br><br>**Hearing Date: 01/09/2024**<br>**Hearing Time: 10:00 a.m.** |

### REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondents/Debtors, Alyssa Ann Heiland and Michael J. Heiland, have failed to make the payments that were due to Movant on the dates listed below and in the amounts listed below:

    (a)    One (1) monthly payment of $486.23, due on 02/01/2023.

    (b)    One (1) monthly payment of $486.23, due on 03/01/2023.

    (c)    One (1) monthly payment of $486.23, due on 06/01/2023.

    (d)    One (1) monthly payment of $486.23, due on 07/01/2023.

    (e)    One (1) monthly payment of $486.23, due on 08/01/2023.

Respectfully Submitted

/s/ Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com