WWR# 041335432

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Alyssa Ann Heiland<br>Michael J Heiland<br><br>　　　　　　　　Debtor<br><br>PSECU<br><br>　　　　　　　　Movant | CASE NO.  20-12186-pmm<br><br>CHAPTER 13<br><br>**Hearing Date: 01/09/2024**<br>**Hearing Time: 10:00 a.m.** |

## REQUEST FOR PRODUCTION OF DOCUMENTS

　　Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtor produces for inspection by the undersigned attorney for the Movant the following:

1.　　If you deny any or all of the subsections under Movant's Request for admission No. 1:

　　(a)　　Canceled check, receipt, proof of money order, or other documentation evidencing that the payment due on 02/01/2023-03/01/2023 and 06/01/2023-08/01/2023, was tendered to Movant.

2.　　Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44131
　　　　　　　　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　　　　　　　　mgvozdenovic@weltman.com