UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Alyssa Ann Heiland, and Michael J. Heiland, | : | 20-12186-PMM |
| Debtors, | : | Chapter 13 |
| PSECU, | : | |
| Movant. | : | |

### DEBTORS' RESPONSE TO MOTION FOR RELIEF OF PSECU

Debtors hereby respond to the above-titled Motion as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied.
5. Denied.
6. Denied.
7. Denied.

WHEREFORE, Debtors respectfully request that this Honorable Court deny Movant's request for relief.

Respectfully submitted,

/s/ David W. Tidd
David W. Tidd, Esquire
ID 88203
656 Ebersole Road
Reading, PA 19605
Phone: 610-838-8700
Email: bankruptcy@davidtiddlaw.com