WWR# 041335432

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Alyssa Ann Heiland<br>Michael J Heiland<br><br>                    Debtors<br><br><br>PSECU<br>                    Movant<br><br>Alyssa Ann Heiland<br>Michael J Heiland<br>Respondents/Debtors<br>Scott F. Waterman, Standing Trustee<br>Additional Respondent | CASE NO. 20-12186-pmm<br><br>CHAPTER 13<br><br>Related to Doc No: 76, 77, 78, 79, 80 |

**<u>ORDER</u>**

AND NOW, this  <u>8th</u>  day of  <u>February</u>  2024, upon consideration of the foregoing stipulation, said stipulation is hereby approved and SO ORDERED.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge