United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-12186-pmm
Alyssa Ann Heiland  Chapter 13
Michael J Heiland
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Feb 08, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Alyssa Ann Heiland, Michael J Heiland, 54 Proudfoot Dr, Birdsboro, PA 19508-8518

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

**Name**     **Email Address**

CHRISTOPHER A. DENARDO
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interes logsecf@logs.com

DAVID W. TIDD
    on behalf of Joint Debtor Michael J Heiland bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com

DAVID W. TIDD
    on behalf of Debtor Alyssa Ann Heiland bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust mfarrington@kmllawgroup.com

MILOS GVOZDENOVIC
    on behalf of Creditor PSECU mgvozdenovic@weltman.com pitecf@weltman.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

SARAH K. MCCAFFERY
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interes smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

WWR# 041335432

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Alyssa Ann Heiland<br>Michael J Heiland<br>　　　　　　　　Debtors | CASE NO. 20-12186-pmm<br><br>CHAPTER 13<br><br>Related to Doc No: 76, 77, 78, 79, 80 |
| PSECU<br>　　　　　　　　Movant | |
| Alyssa Ann Heiland<br>Michael J Heiland<br>Respondents/Debtors<br>Scott F. Waterman, Standing Trustee<br>Additional Respondent | |

## ORDER

AND NOW, this __8th__ day of __February__ 2024, upon consideration of the foregoing stipulation, said stipulation is hereby approved and SO ORDERED.

_/s/ Patricia M. Mayer_

Honorable Patricia M. Mayer
United States Bankruptcy Judge