UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re. | Alyssa Ann Heiland, and | : | Chapter 13 | |
| | Michael J. Heiland, | : | | |
| | | : | 20-12186-PMM | |
| | Debtors. | : | | |

CERTIFICATE OF SERVICE OF DEBTORS'
MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION

I certify that on this date I served a copy of Debtors' Motion to Modify Chapter 13 Plan Post Confirmation upon those on the attached list by CM/ECF and/or First-class mail.

March 13, 2024                                        /s/ David W. Tidd
                                                    David W. Tidd, Esquire

Label Matrix for local noticing
0313-4
Case 20-12186-pmm
Eastern District of Pennsylvania
Reading
Wed Mar 13 10:23:11 EDT 2024

Federal Home Loan Mortgage Corporation as T
P.O. Box 65250
Salt Lake City, UT 84165-0250

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

SELECT PORTFOLIO SERVICING, INC.
PO Box 65250
Salt Lake City, UT 84165-0250

SPECIALIZED LOAN SERVICING LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

SPECIALIZED LOAN SERVICING LLC
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

Reading
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601-4038

Aes/edfund
Pob 61047
Harrisburg, PA 17106-1047

(p)ASCENDIUM EDUCATION SOLUTIONS INC
38 BUTTONWOOD COURT
MADISON WI 53718-2156

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130-0281

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850-5316

Federal Home Loan Mortgage Corp
c/o CHRISTOPHER A. DENARDO
Shapiro and DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406-4702

Federal Home Loan Mortgage Corporation ,et a
P.O. Box 65250
Salt Lake City , UT , 84165-0250

Federal Home Loan Mortgage Corporation,
as Trustee
C/O KML Law Group PC
701 Market Street Suite 5000
Philadelphia, PA. 19106-1541

Federal Home Loan Mortgage Corporation,
as Trustee for Freddie Mac SLST
2022-1 Participation Interest
c/o MICHAEL PATRICK FARRINGTON
701 Market St., Suite 5000
Philadelphia, PA 19106-1541

Federal Home Loan Mortgage Corporation, as T
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165-0250

Federal Home Loan Mortgage Corporation, as t
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106-1541

Lightstream
303 Peachtree Street Northeast
Atlanta, GA 30308-3253

Mariner Finance
741 Dinah Shore Blvd
Winchester, TN 37398-1424

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Nordstrom/td Bank Usa
13531 E. Caley Ave
Englewood, CO 80111-6504

PSECU
PO BOX 67013
HARRISBURG, PA 17106-7013

PSECU
c/o Weltman, Weinberg & Reis Co LPA
965 Keynote Circle
Cleveland, OH 44131-1829

Pa St Cu
P.o. Box 1006
Harrisburg, PA 17108-1006

Pa Sta Empcu
P.o. Box 1006
Harrisburg, PA 17108-1006

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rainbow Finance, LLC
C/O Parvez Dhillion
1290 East Arlington Blvd. Ste 200
GreenVille, NC 27858-7854

Specialized Loan Servicing
8742 Lucent Blvd. Suite 300
Littleton, CO 80129-2386

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386


SunTrust Bank now Truist Bank
Attn:  Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust
600 W Broadway Ste 2000
San Diego, CA 92101-3358

Syncb/lowes
Po Box 956005
Orlando, FL 32896-0001


Syncb/ppc
Po Box 965005
Orlando, FL 32896-5005

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Alyssa Ann Heiland
54 Proudfoot Dr
Birdsboro, PA 19508-8518


DAVID W. TIDD
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605-3292

Michael J Heiland
54 Proudfoot Dr
Birdsboro, PA 19508-8518

(p)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Ascendium Education Solutions and Affiliates
PO Box 8961
Madison, Wi 53708-8961

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541


SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Federal Home Loan Mortgage Corporation, as

(u)PSECU

(d)SPECIALIZED LOAN SERVICING, LLC
14841 Dallas Parkway,Suite 425
Dallas, TX 75254-8067


(d)Specialized Loan Servicing LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

(d)Rainbow Finance, Llc

(d)Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

**End of Label Matrix**

| | |
|---|---|
| Mailable recipients | 41 |
| Bypassed recipients | 6 |
| Total | 47 |