UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Alyssa Ann Heiland, and | : | Chapter 13 |
| Michael J. Heiland, | : | |
| | : | 20-12186-PMM |
| Debtors. | : | |

ORDER GRANTING MOTION TO MODIFY
CHAPTER 13 PLAN POST CONFIRMATION

AND NOW upon consideration of Debtors Motion to Modify Chapter 13 Plan Post Confirmation at document number 92 (the "Motion");

It is hereby ORDERED that

1. The Motion is GRANTED; and
2. The Modified Plan at document number 91 is APPROVED.

Date: _____

_____
Patricia M. Mayer
United States Bankruptcy Judge