UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re.  Alyssa Ann Heiland, and | : | Chapter 13 |
| Michael J. Heiland, | : | |
| | : | 20-12186-PMM |
| Debtors. | : | |

CERTIFICATE OF SERVICE OF DEBTORS'
MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION

I certify that I have not received an answer, objection, or other response to Debtors' Motion to Modify Chapter 13 Plan Post Confirmation scheduled for hearing on April 18, 2024

April 18, 2024                                      /s/ David W. Tidd
                                                    David W. Tidd, Esquire