UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re.  Alyssa Ann Heiland, and | : | Chapter 13 |
| Michael J. Heiland, | : | |
| | : | 20-12186-PMM |
| Debtors. | : | |

CERTIFICATE OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES PERFORMED AFTER CONFIRMATION
OF CHAPTER 13 PLAN

I certify that I have not received an answer, objection, or other responsive pleading to the above-referenced Application for Compensation scheduled for hearing on July 18, 2024.

July 17, 2024

/s/ David W. Tidd
David W. Tidd, Esquire
Attorney ID 88203
656 Ebersole Road
Reading, PA 19605
Phone: 610-838-8700
Email: bankruptcy@davidtiddlaw.com