UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re.  Alyssa Ann Heiland, and                  :        Chapter 13
      Michael J. Heiland,                         :
                                                                  :        20-12186-PMM
                  Debtors.                          :

ORDER ON DEBTORS' COUNSEL'S SUPPLEMENTAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES PERFORMED AFTER CONFIRMATION
OF CHAPTER 13 PLAN

AND NOW, this __18th__ day of __July__, 2024, it is hereby ORDERED that Debtor's counsel's Supplemental Application is APPROVED. David W. Tidd, Esquire is awarded $1,500.00 in compensation, and reimbursement for expenses in the amount of $0.00.

_____
Patricia M. Mayer
United States Bankruptcy Judge