Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-12186-PMM**

Alyssa Ann Heiland  
Michael J Heiland  
54 Proudfoot Dr  
Birdsboro  PA    19508

Petition Filed Date: 04/30/2020  
341 Hearing Date: 07/07/2020  
Confirmation Date: 12/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $730.00 | | 09/26/2023 | $730.00 | | 11/07/2023 | $730.00 | |
| 01/09/2024 | $730.00 | | 04/08/2024 | $730.00 | | 05/07/2024 | $730.00 | |
| 06/07/2024 | $730.00 | | 07/09/2024 | $730.00 | | | | |

**Total Receipts for the Period: $5,840.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,577.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,685.00 | $3,685.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,021.52 | $1,023.43 | $3,998.09 |
| 2 | LIGHTSTREAM, A DIVISION »» 002 | Unsecured Creditors | $28,556.49 | $5,820.03 | $22,736.46 |
| 3 | MARINER FINANCE LLC »» 003 | Unsecured Creditors | $3,113.45 | $634.56 | $2,478.89 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $7,535.59 | $1,535.78 | $5,999.81 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $6,774.92 | $1,380.79 | $5,394.13 |
| 6 | SELECT PORTFOLIO SERVICING INC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $2,086.80 | $425.33 | $1,661.47 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $1,674.02 | $341.18 | $1,332.84 |
| 9 | NAVIENT SOLUTIONS, LLC ON BEHALF OF »» 009 | Unsecured Creditors | $25,297.46 | $5,155.85 | $20,141.61 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $2,685.97 | $547.41 | $2,138.56 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $562.10 | $105.04 | $457.06 |
| 12 | PSECU »» 012 | Unsecured Creditors | $1,428.77 | $291.20 | $1,137.57 |
| 13 | PSECU »» 013 | Unsecured Creditors | $29,999.12 | $6,114.10 | $23,885.02 |
| 14 | PSECU »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PSECU »» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12186-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | RAINBOW FINANCE, LLC<br>»» 016 | Unsecured Creditors | $1,945.51 | $352.41 | $1,593.10 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 17 | PSECU<br>»» 017 | Mortgage Arrears | $3,435.15 | $1,794.51 | $1,640.64 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,577.92 | Current Monthly Payment: | $730.00 |
| Paid to Claims: | $32,456.62 | Arrearages: | ($730.00) |
| Paid to Trustee: | $3,077.23 | Total Plan Base: | $41,417.92 |
| Funds on Hand: | $44.07 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.