United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 20-12186-pmm

Alyssa Ann Heiland                                                                Chapter 13

Michael J Heiland

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                     Page 1 of 3
Date Rcvd: Apr 25, 2025                   Form ID: 138OBJ                             Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++   Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alyssa Ann Heiland, Michael J Heiland, 54 Proudfoot Dr, Birdsboro, PA 19508-8518 |
| 14814138 | + | Federal Home Loan Mortgage Corporation,, as Trustee for Freddie Mac SLST, 2022-1 Participation Interest, c/o MICHAEL PATRICK FARRINGTON, 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14499434 | + | Mariner Finance, 741 Dinah Shore Blvd, Winchester, TN 37398-1424 |
| 14499436 | | Pa St Cu, P.o. Box 1006, Harrisburg, PA 17108 |
| 14499437 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 14538825 | + | Rainbow Finance, LLC, C/O Parvez Dhillion, 1290 East Arlington Blvd. Ste 200, GreenVille, NC 27858-7854 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 26 2025 00:19:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2025 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14513948 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 26 2025 00:19:00 | Ascendium Education Solutions and Affiliates, PO Box 8961, Madison, Wi 53708-8961 |
| 14499428 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2025 00:24:00 | Aes/edfund, Pob 61047, Harrisburg, PA 17106-1047 |
| 14509676 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2025 00:21:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14499429 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2025 00:22:06 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14501224 | | Email/Text: mrdiscen@discover.com | Apr 26 2025 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14499430 | + | Email/Text: mrdiscen@discover.com | Apr 26 2025 00:19:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14720722 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2025 00:24:00 | Federal Home Loan Mortgage Corporation ,et al, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 14814031 | ^ | MEBN | Apr 26 2025 00:03:22 | Federal Home Loan Mortgage Corporation,, as Trustee, C/O KML Law Group PC, 701 Market |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14714258 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Apr 26 2025 00:24:00 | | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14814030 | ^ | MEBN Apr 26 2025 00:03:23 | | Federal Home Loan Mortgage Corporation, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14499433 | + | Email/Text: bankruptcy@lightstream.com Apr 26 2025 00:24:00 | | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |
| 14501796 | + | Email/Text: bankruptcy@marinerfinance.com Apr 26 2025 00:19:00 | | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14511289 | + | Email/Text: JCAP_BNC_Notices@jcap.com Apr 26 2025 00:24:00 | | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14499435 | + | Email/Text: bnc@nordstrom.com Apr 26 2025 00:24:59 | | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14518634 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2025 00:21:30 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14527139 | + | Email/Text: bankruptcynotices@psecu.com Apr 26 2025 00:24:00 | | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14856778 | + | Email/Text: BKRMailOps@weltman.com Apr 26 2025 00:24:00 | | PSECU, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14499442 | | Email/Text: bkelectronicnoticecourtmail@computershare.com Apr 26 2025 00:24:00 | | Specialized Loan Servicing, 8742 Lucent Blvd. Suite 300, Littleton, CO 80129 |
| 14557406 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Apr 26 2025 00:24:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14501751 | + | Email/Text: bankruptcy@bbandt.com Apr 26 2025 00:24:00 | | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14499443 | ^ | MEBN Apr 26 2025 00:03:33 | | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 14499444 | + | Email/PDF: ais.sync.ebn@aisinfo.com Apr 26 2025 01:01:21 | | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14499445 | + | Email/PDF: ais.sync.ebn@aisinfo.com Apr 26 2025 00:21:55 | | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14515347 | ^ | MEBN Apr 26 2025 00:03:25 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14499441 | | Rainbow Finance, Llc |
| 14499431 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14499432 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14814139 | *+ | Federal Home Loan Mortgage Corporation,, as Trustee for Freddie Mac SLST, 2022-1 Participation Interest, c/o MICHAEL PATRICK FARRINGTON, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 14689089 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14499438 | * | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 14499439 | * | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 14499440 | * | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 14507416 | *++++ | SPECIALIZED LOAN SERVICING LLC, 8742 KENDRICK CASTILLO WAY STE 300, HIGHLANDS RANCH CO |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

|  |  |  |
|---|---|---|
|  |  | 80129-3155, address filed with court:, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 14720810 | ##+ | Federal Home Loan Mortgage Corp, c/o CHRISTOPHER A. DENARDO, Shapiro and DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 1 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025                                  Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes logsecf@logs.com |
| DAVID W. TIDD | on behalf of Debtor Alyssa Ann Heiland bankruptcy@davidtiddlaw.com |
| DAVID W. TIDD | on behalf of Joint Debtor Michael J Heiland bankruptcy@davidtiddlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust mimcgowan@raslg.com |
| MILOS GVOZDENOVIC | on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 118 − 110

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Alyssa Ann Heiland ) | Case No. 20−12186−pmm | |
| ) | | |
| ) | | |
|   Michael J Heiland ) | Chapter: 13 | |
| ) | | |
|   Debtor(s). ) | | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 25, 2025                                                                                        For The Court

                                                                                                                                Timothy B. McGrath
                                                                                                                               Clerk of Court